IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DATABASEUSA.COM, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO 8:17-CV-386 |
| | ) | |
| vs. | ) | |
| | ) | **MOTION FOR ORAL ARGUMENT** |
| BLAKE VAN GILDER; INFOGROUP, | ) | |
| INC., a Corporation; and KOLEY | ) | |
| JESSEN, P.C. L.L.O. | ) | |
| | ) | |
| Defendants. | ) | |

Koley Jessen, P.C L.L.O. requests that the Court hear oral argument on DatabaseUSA.com, LLC's Motion to Compel. *See* NECivR 7.1(d). Oral argument is warranted due to the importance of the attorney-client privilege and work product issues involved. One hour should be sufficient time for a hearing on the motion.

Dated this 2nd day of August 2019.

KOLEY JESSEN, P.C. L.L.O, Defendant

/s/ Maryl C. Sattler
William F. Hargens (#16578)
Maryl C. Sattler (#25869)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
Phone: (402) 341-3070
Fax: (402) 341-0216

*Counsel for Koley Jessen P.C., L.L.O.*

2

## CERTIFICATE OF SERVICE

I certify that on August 2, 2019, a true and exact copy of the foregoing was sent via electronic mail through the CM/ECF system to all attorneys of record who participate in the CM/ECF system and by US Mail, postage prepaid to the attorney and interested parties who do not participate in the CM/ECF system.

      /s/ Maryl C. Sattler
Maryl C. Sattler