IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DATABASEUSA.COM, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BLAKE VAN GILDER, INFOGROUP, INC., a Corporation; and KOLEY JESSEN P.C., LLO,<br><br>Defendants. | 8:17CV386<br><br>**ORDER** |

The Court has completed its *in camera* review of Elizabeth Luebbert's ("Luebbert") (formerly Elizabeth Hoffman) notes of her phone conversation with Amit Khanna ("Khanna"), as well as a file memorandum Ms. Luebbert prepared following the phone conversation.

Upon review and consideration,

**IT IS ORDERED** that Defendants shall produce a redacted copy of Ms. Luebbert's file memorandum (Ex. B) and notes (Ex. A). Defendants may redact the portions of the documents which were highlighted in pink as the Court finds this information is protected work product. Defendants shall produce the redacted documents by March 5, 2021.

Dated this 24th day of February, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge